

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-76,050

### KENNITH W. LORENTZ, Appellant

### v.

### THE STATE OF TEXAS

### ON DIRECT APPEAL FROM THE DENIAL OF A MOTION TO RECUSE FILED IN CAUSE NO. CR-24878-A IN THE 159TH DISTRICT COURT ANGELINA COUNTY

*Per Curiam*.

## O P I N I O N

This is a direct appeal of the denial of a motion to recuse filed in the 159th District Court of Angelina County, Cause No. CR-24878-A, styled Ex parte Kennith W. Lorentz. Appellant asserts that Judge Paul E. White should have been recused or disqualified from presiding over his habeas case because the judge had a bias against the first claim raised in the habeas application in which appellant alleged that Judge White appointed his trial counsel in violation of a statute and local rule.

After reviewing the habeas application and the record of the proceedings, we have

determined that this appeal is not properly before us.  It is, therefore, dismissed.

Do not publish
Delivered:     December 16, 2009